UNITED STATISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lukasz Rudkowski           Plaintiff,<br><br>v.<br><br>Salon Media Group, Inc.<br><br>                              Defendant. | Docket No. 1:18-cv-05379-JPO |

**NOTICE OF DISMISSAL OF CIVIL ACTION**
**WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lukasz Rudkowski hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: September 24, 2018
Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

By: /s/Joseph A. Dunne
       Joseph A. Dunne (JD0674)
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
JD@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

_____

SO ORDERED:

_____
Hon. J. Paul Oetken, USDJ